IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLIED ERECTING AND DISMANTLING CO., )
    Plaintiff, )
) 2:16cv1379
vs ) Electronic Mail
)
UNITED STATES STEEL CORPORATION, )
    Defendant. )

## ORDER

AND NOW, this 31st day of October, 2017, after the plaintiff, Allied Erecting and Dismantling Co., filed an action in the above-captioned case, and after a partial motion to dismiss and motion for more definite statement was submitted by the defendant, United States Steel Corp., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the parties and the respective responses to those objections, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 66), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's (ECF No. 40) is granted as to dismissal of the Complaint at Count III ¶ 34(6), the weather-delay aspect of Count III ¶ 34(13-14) and Count V ¶ 58(1-5), denied as to dismissal of the Complaint at Count III ¶ 34(1-5, 7-10, 12-14) (including all non-weather delay aspects of Count III ¶ 34(13-14)) and denied as to the request for a more definite statement.

                                                                _____
                                                                 David Stewart Cercone
                                                                 United States District Judge

cc: Honorable Robert C. Mitchell,
    United States Magistrate Judge
    Christopher R. Opalinski, Esquire
    F. Timothy Grieco, Esquire
    Audrey K. Kwak, Esquire
    Roy A. Powell, Esquire
    Michael R. Gladman, Esquire
    David Michael Belczyk, Esquire
    Brandy H. Ranjan, Esquire

    (*Via CM/ECF Electronic Mail*)